# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 5:07cr00063                                                                 Date 5/14/08

U.S.A. vs. Dustin Scott Files                    Counsel Kerry Armentrout

1. (x) present  (x) custody  ( ) bond  (x) age         (x) present  ( ) retained  (x) appointed
Counsel ___
2. ( ) present  ( ) custody  ( ) bond  ( ) age         ( ) present  ( ) retained  ( ) appointed
Counsel ___
3. ( ) present  ( ) custody  ( ) bond  ( ) age         ( ) present  ( ) retained  ( ) appointed
Counsel ___
4. ( ) present  ( ) custody  ( ) bond  ( ) age         ( ) present  ( ) retained  ( ) appointed

PRESENT: HON. James G. Welsh, USM  , JUDGE   USPO: Margaret Moskal

Karen Dotson                    Sonia Ferris, OCR              Donald Wolthuis
Deputy Clerk                    Court Reporter                 Asst. U.S. Attorney

**PROCEEDINGS:**

___ Waiver of Indictment filed       ___ Information filed       ___ Waived Appt. of Counsel

___ Arraignment and plea continued to ___

    ___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

**X** Defendant states that true name is _same as above_ ___ Given COPY Indictment (Information)

**X** Defendant waives reading of Indictment-Information     ___ Indictment-information read

___ Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

**X** Defendant moves to CHANGE PLEA        ___ Court grants motion

**X** Plea Agreement filed with/stated to Court

**X** Defendant is re-arraigned as to Ct(s) _1_

___ Continued for plea to ___

**X** Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

___ Court ___ plea of ___

**X** Guilty Plea form executed and filed

**X** Government _summarizes_ evidence to support plea and rests   Witness: ___

___ Court finds defendant guilty as charged in Ct(s) ___

| DEFENDANT PLEADS: (list counts) | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|
| 1. | 1 |  |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |

___ Assigned for hearing on pending motions on ___

**X** Assigned to calendar of Judge _Conrad, USDJ_ for all further proceedings.

___ Trial set for ___  ( ) Jury  ( ) Non-jury        ___ Continued to ___ for setting for trial

___ Court received Presentence Report.           ___ Copy of Presentence Report not requested.

**X** Court orders Presentence Report.            ___ Copy of same furnished to counsel.

___ Defendant to remain on bond.                 **X** Defendant remanded to custody.

Case continued until _8/18/08_ at _1:30 PM_ for sentencing.

Time in Court: 12:25 pm-1:07 pm = 42 minutes

GUILTY PLEA HEARING:

Case Agent: Les Taylor, Northwest Regional Drug Task Force
CSO: Richard Pullen

Dft sworn
Gov't summerizes terms of plea agreement
Gov't proffers to the court a summary of facts re: dft's involvement in the case